

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY F. UDOM,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HERNANDEZ,<br><br>    Defendant. | Case No. CV 12-3773-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: NOV 20 2012

R. Gary Klausner
United States District Judge